**Information to identify the case:**

| | | |
|---|---|---|
| Debtor 1 | **David J. Knapstein** | Social Security number or ITIN **xxx–xx–0797** |
| | First Name   Middle Name   Last Name | EIN  _ _–_ _ _ _ _ _ _ |
| Debtor 2 (Spouse, if filing) | First Name   Middle Name   Last Name | Social Security number or ITIN  _ _ _ _ |
| | | EIN  _ _–_ _ _ _ _ _ _ |

United States Bankruptcy Court   **Eastern District of Virginia**

Case number:   **11–33766–KRH**

## Discharge of Debtor                                                                                                12/15

**IT IS ORDERED:** A discharge under 11 U.S.C. § 1328(a) is granted to:

David J. Knapstein

<u>August 25, 2016</u>                                         **For the court:**      William C. Redden
                                                                                       Clerk

**Explanation of Bankruptcy Discharge in a Chapter 13 Case**

This order does not close or dismiss the case.

**Creditors cannot collect discharged debts**

This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily. 11 U.S.C. § 524(f).

**Most debts are discharged**

Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts provided for by the chapter 13 plan.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**Some debts are not discharged**

Examples of debts that are not discharged are:

- ♦ debts that are domestic support obligations;

- ♦ debts for most student loans;

- ♦ debts for certain types of taxes specified in 11 U.S.C. §§ 507(a)(8)( C), 523(a)(1)(B), or 523(a)(1)(C) to the extent not paid in full under the plan;

**For more information, see page 2>**

- debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

- debts for most fines, penalties, forfeitures, or criminal restitution obligations;

- some debts which the debtors did not properly list;

- debts provided for under 11 U.S.C. § 1322(b)(5) and on which the last payment or other transfer is due after the date on which the final payment under the plan was due;

- debts for certain consumer purchases made after the bankruptcy case was filed if obtaining the trustee's prior approval of incurring the debt was practicable but was not obtained;

- debts for restitution, or damages, awarded in a civil action against the debtor as a result of malicious or willful injury by the debtor that caused personal injury to an individual or the death of an individual; and

- debts for death or personal injury caused by operating a vehicle while intoxicated.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

**This information is only a general summary of a chapter 13 discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**

```
                         United States Bankruptcy Court
                           Eastern District of Virginia
In re:                                                                  Case No. 11-33766-KRH
David J. Knapstein                                                      Chapter 13
         Debtor
                                   CERTIFICATE OF NOTICE
District/off: 0422-7          User: ramirez-l              Page 1 of 2              Date Rcvd: Aug 25, 2016
                              Form ID: 3180W               Total Noticed: 21


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Aug 27, 2016.
db            +David J. Knapstein,    1309 Condover Road,    Henrico, VA 23229-5411
10498872      +Henrico Circuit Court,    4301 Parham Road,    Richmond, VA 23228-2745
10498873       Henrico Surgical Specialist,    Bankruptcy Notice,    3 Maryland Farms Ste. 250,
                Brentwood, TN 37027-5053
10498875      +McKenry, Dancigers,,    Dawson and Lake, PC,    192 Ballard Ct., #400,
                Virginia Beach, VA 23462-6538
10498876      +Professional Anesthesia Group,    PO Box 778,    Mount Airy, MD 21771-0778
10498878      +St. Mary’s Ambulatory Surgery,    1501 Maple Ave Ste 300,    Richmond, VA 23226-2553
10516855      +Yvonne Cochran, Esq.,    4509 West Broad Street,    Richmond, Virginia 23230-3203

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
cr            +EDI: BANKAMER.COM Aug 26 2016 01:58:00       BANK OF AMERICA, N.A.,    2380 Performance Drive,
                Richardson, TX 75082-4333
cr             EDI: RMSC.COM Aug 26 2016 01:58:00       GE Capital Retail Bank c/o Recovery Management Sys,
                25 SE 2nd Avenue, Suite 1120,    Miami, FL 33131-1605
10498867       EDI: AFNIRECOVERY.COM Aug 26 2016 01:58:00       AFNI, Inc.,    Bankruptcy Dept.,    P. O. Box 3517,
                Bloomington, IL 61702-3517
10498868      +EDI: BANKAMER.COM Aug 26 2016 01:58:00       BAC Home Loans Servicing,    Attn: Bankruptcy Dept,
                450 American Street,    Simi Valley, CA 93065-6285
10498869      +EDI: CITICORP.COM Aug 26 2016 01:58:00       Citi,   Bankruptcy Dept.,    P. O. Box 653095,
                Dallas, TX 75265-3095
10498871       EDI: DISCOVER.COM Aug 26 2016 01:58:00       Discover,    Attn: Bankruptcy Dept.,
                P. O. Box 15316,    Wilmington, DE 19850-5316
10498870      +EDI: RMSC.COM Aug 26 2016 01:58:00       Directv,   P. O. Box 30374,    Atlanta, GA 30332-1001
10505193       EDI: DISCOVER.COM Aug 26 2016 01:58:00       Discover Bank,    DB Servicing Corporation,
                PO Box 3025,    New Albany, OH 43054-3025
10512429       EDI: IRS.COM Aug 26 2016 01:58:00       IRS,   P.O. Box 21126,    Philadelphia, PA 19114
10646444       EDI: PRA.COM Aug 26 2016 01:58:00       Portfolio Recovery Associates, LLC,    POB 41067,
                Norfolk VA 23541
11045174       EDI: RECOVERYCORP.COM Aug 26 2016 01:58:00       Recovery Management Systems Corporation,
                25 S.E. 2nd Avenue, Suite 1120,    Miami, FL 33131-1605
10498877       EDI: SEARS.COM Aug 26 2016 01:58:00       Sears,   Bankruptcy Department,    7920 NW 110th Street,
                Kansas City, MO 64153-1270
10498879       E-mail/Text: home.fss-bankruptcy.934c00@statefarm.com Aug 26 2016 02:17:49
                State Farm Insurance,    1500 State Farm Blvd,    Charlottesville, VA 22909-9052
10498880       EDI: VACU.COM Aug 26 2016 01:58:00       Virginia Credit Union,    Bankruptcy Department,
                P. O. Box 90010,    Richmond, VA 23225-9010
                                                                                               TOTAL: 14

              ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr             BAC Home Loans Servicing, LP, f/k/a Countrywide Ho
cr             Lakeview Loan Servicing, LLC
10498874*     ++INTERNAL REVENUE SERVICE,    CENTRALIZED INSOLVENCY OPERATIONS,    PO BOX 7346,
                PHILADELPHIA PA 19101-7346
              (address filed with court: IRS,    Special Procedures Function,    400 N. 8th Street, #898,
                Richmond, VA 23240-0000)
10499982*      Internal Revenue Service,    P.O. Box 7346,    Philadelphia, PA 19101-7346
                                                                                               TOTALS: 2, * 2, ## 0

Addresses marked ‘+’ were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked ‘++’ were redirected to the recipient’s preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 27, 2016                                    Signature:  /s/Joseph Speetjens

```
District/off: 0422-7          User: ramirez-l         Page 2 of 2          Date Rcvd: Aug 25, 2016
                              Form ID: 3180W          Total Noticed: 21
```

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on August 25, 2016 at the address(es) listed below:

    Carl M. Bates    station01@richchap13.com, station10@richchap13.com;station03@richchap13.com;station07@richchap13.com;station06@richchap13.com

    Kathryn E. Smits    on behalf of Creditor    Lakeview Loan Servicing, LLC ksmits@atlanticlawgrp.com

    Melissa M. Watson Goode    on behalf of Creditor    BAC Home Loans Servicing, LP, f/k/a Countrywide Home Loans Servicing, LP pjmecf@glasserlaw.com, mgoode@glasserlaw.com

    Robyn Danielle Pepin    on behalf of Creditor    Lakeview Loan Servicing, LLC rpepin@glasserlaw.com, pjmecf@glasserlaw.com

    Susan Hope Call    on behalf of Trustee Carl M. Bates susancall@richchap13.com, station15@richchap13.com

    Yvonne Cochran    on behalf of Debtor David J. Knapstein ycochran@cochranlawfirm.net, ycochran@cochranlawfirm.net;cochran.law.firm.pc@gmail.com;awhite@cochranlawfirm.net;tcochran@cochranlawfirm.net

    TOTAL: 6